IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 04-CR-402(TJM) |
| v. | **NOTICE OF SUBMISSION OF GOVERNMENT'S FIRST IN CAMERA, EX PARTE, UNDER SEAL FILING PURSUANT TO THE CLASSIFIED INFORMATION PROCEDURES ACT** |
| YASSIN MUHIDDIN AREF and MOHAMMED MOSHARREF HOSSAIN, | |
| Defendants. | |

The government hereby gives notice of submission of the Government's First In Camera, Ex Parte, Under Seal Filing Pursuant To The Classified Information Procedures Act.

Respectfully submitted this 8th day of November, 2004.

GLENN T. SUDDABY
United States Attorney

By: _____

David M. Grable
Assistant U.S. Attorney
N.D.N.Y. Bar Roll No. 105607

Gregory A. West
Assistant U.S. Attorney
N.D.N.Y. Bar Roll No. 501530

Of Counsel:

Gregg N. Sofer
Counterterrorism Section
Department of Justice