**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

_____

**UNITED STATES OF AMERICA,**


**-against-**                                    **04-CR-402**


**YASSIN MUHIDDIN AREF**
**and MOHAMMED MOSHARREF HOSSAIN,**

                          **Defendants.**

_____

**THOMAS J. McAVOY,**
**Senior United States District Judge**


### ORDER DESIGNATING COURT SECURITY OFFICER

Paragraph 2 of the "Security Procedures Established pursuant to Act October 15, 1980, P.L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States for the Protection of Classified Information," ("Burger Rules"), see Confidential Information Procedures Act ("CIPA"), 18 U.S.C. Appx. § 9(a), provide that "in any proceeding in a criminal case or appeal therefrom in which classified information is within, or reasonably expected to be within, the custody of the court, the court shall designate a court security officer."  The Government has indicated its intention to present to the Court classified information.  Accordingly, in accordance with these rules, the Court hereby designates Michael P. Macisso, Department of Justice Security Specialist, as the Court

1

Security Officer ("CSO") for this case, and Jennifer H. Campbell, Mary H. Cradlin, Christine  E. Gunning, Daniel O. Hartenstine, John P. Molinard, James P. Londergan, Barbara J. Russell, and Joan B. Kendrall as Alternate Court Security Officers.  The Burger Rules shall apply in all other respects where applicable.

**IT IS SO ORDERED.**

DATED:November 8,2004

_____
Thomas J. McAvoy
Senior, U.S. District Judge