UNITED STATES DISTRICT COURT      NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                                                              04-CR-402 (TJM)

      - against -

YASSIN MUHIDDIN AREF
and MOHAMMED MOSHARREF HOSSAIN,

      Defendants.

## MEMORANDUM OF UNDERSTANDING
## REGARDING RECEIPT OF CLASSIFIED INFORMATION

Understanding that the unauthorized dissemination of classified information is a federal crime and could constitute espionage, I further understand that I may be the recipient of information and documents that concern the present and future security of the United States and belong to the United States, and that such documents and information, together with the sources and methods of collecting such, are classified according to security standards set by the United States Government. In consideration for the disclosure to me of classified information and documents,

(1)     I agree that I shall never divulge, publish, or reveal, either by word, conduct, or any other means, such classified documents and information unless specifically authorized in writing to do so by an authorized representative of the United States Government; or as authorized by the Court pursuant to the Classified Information Procedures Act; or as provided for in the Protective Order entered in the case of *United States v. Yassin Muhiddin Aref and Mohammed Mosharref Hossain*, Case No. 04-CR-402 (TJM).

(2)     I understand that this agreement and other non-disclosure agreement will remain binding upon me after the conclusion of the proceedings in *United States v. Yassin Muhiddin Aref and Mohammed Mosharref Hossain*, Case No. 04-CR-402 (TJM).

(3)     I have received and read a copy of the Protective Order entered in this case by the United States District Court for the Northern District of New York on November 16, 2004,

1

relating to classified information, I understand this Protective Order, and I agree to comply with the provisions thereof.

_____
Terence L. Kindlon

_____
Date

_____
Witness

Sworn to and subscribed to before me
this ___ day of _____, 200__

KATHY E. MANLEY
Notary Public, State Of New York
No. 02MA6067849
Qualified In Rensselaer County
Commission Expires January 7, 20__

2