**UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF NEW YORK**

U.S. DISTRICT COURT
N.D. OF N.Y.
FILED

NOV 2 9 2004

LAWRENCE K. BAERMAN, CLERK
ALBANY

| | |
|---|---|
| **IN THE MATTER OF THE APPLICATION OF**　　　) | |
| 　　　　　　　　　　　　　　　　　　　　　） | **ORDER** |
| 　　　　　　　　　　　　　　　　　　　　　） | |
| GREGG NATHANIEL SOFER　　　　　　　　　） | 1:04-CR-402 |
| 　　　　　　　　　　　　　　　　　　　　　） | TJM |
| **TO BE ADMITTED TO THE UNITED STATES**　） | |
| **DISTRICT COURT FOR THE NORTHERN**　　　） | |
| **DISTRICT OF NEW YORK**　　　　　　　　　） | |

Upon fulfilling the requirements set forth in Local Rule 83.1 of the Northern District of

New York, ___Gregg Nathaniel Sofer___ is hereby accepted for

☐　　Permanent Admission to practice in the United States District Court for the
　　　Northern District of New York..

☑　　Pro Hac Vice Admission to practice in the United States District Court for the
　　　Northern District of New York for the particular case of ___USA vs. Aref, et ano.,___
　　　___1:04-CR-402 TJM___.

IT IS SO ORDERED

Dated : ___Nov. 29___, 200_4_

_David R. Homer_

☐　U.S. District Judge
☑　U.S. Magistrate Judge