IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

v.

YASSIN MUHIDDIN AREF and
MOHAMMED MOSHARREF
HOSSAIN,

Defendants.

Case No. 04-CR-402(TJM)

NOTICE OF SUBMISSION OF
GOVERNMENT'S SECOND
IN CAMERA, EX PARTE,
UNDER SEAL FILING
PURSUANT TO THE
CLASSIFIED INFORMATION
PROCEDURES ACT

---

The government hereby gives notice of submission of the Government's Second In Camera, Ex Parte, Under Seal Filing Pursuant To The Classified Information Procedures Act.

Respectfully submitted this 12th day of January, 2005.

GLENN T. SUDDABY
United States Attorney

By:  _____

David M. Grable
Assistant U.S. Attorney
N.D.N.Y. Bar Roll No. 105607

Gregory A. West
Assistant U.S. Attorney
N.D.N.Y. Bar Roll No. 501530

Of Counsel:

Gregg N. Sofer
Counterterrorism Section
Department of Justice