~~SECRET~~

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

YASSIN MUHIDDIN AREF and
MOHAMMED MOSHARREF
HOSSAIN,

Defendants.

Case No. 04-CR-402(TJM)

GOVERNMENT'S SECOND
IN CAMERA, EX PARTE,
UNDER SEAL FILING
PURSUANT TO THE
CLASSIFIED INFORMATION
PROCEDURES ACT

The United States of America, by and through its counsel of record, the United

States Attorney for the Northern District of New York, hereby submits its Second In

Camera, Ex Parte, Under Seal Filing Pursuant To The Classified Information Procedures

Act, and more fully states as follows:

1.     This filing describes information classified at least at the "Secret" level. Under

Executive Order 13,292, the unauthorized disclosure of information classified at

the "Secret" level, by definition, reasonably could be expected to cause serious

damage to the national security of the United States. Exec. Order No. 13,292, 68

Fed. Reg. 15,315 (Mar. 25, 2003).

~~SECRET~~

SECRET

2.    The government is therefore submitting this filing to the Court *in camera, ex parte*, and under seal, and requests that the Court file this document with the Court Security Officer or his designee, pursuant to the Protective Order issued by this Court.[1]

3.    The government is submitting this filing to (a) provide the Court with a status report about the government's progress in reviewing certain materials to ensure that it complies with its discovery obligations in this case; and (b) request an additional eight (8) month continuance and exclusion of time from the Speedy Trial clock to allow that review to be completed. In support of the latter request, the government relies, in part, upon classified information that it previously provided to the Court *in camera, ex parte*, and under seal.

4.    

---

[1] Counsel for the government has only been given authorization to disclose this information in this format, *i.e.* in an *in camera, ex parte*, under seal presentation to the Court that will be handled and stored as "Secret" classified material, and will not be disclosed to defense counsel. The government intends to electronically file, contemporaneous with this submission, a notice that states – without disclosing the contents of this filing – that the government has made an *in camera, ex parte* submission under seal pursuant to the Classified Information Procedures Act.

SECRET

SECRET



5.

Based on those figures, counsel for the government estimate that, barring any unforeseen circumstances, we will need approximately eight (8) additional months to complete our review of all of this material.

6.

The details provided in this progress report are thus similarly classified.

SECRET

SECRET

7.   The government is prepared to provide the Court with additional *in camera, ex parte,* under seal pleadings and/or oral presentations, about the government's future progress in this review, at any time that the Court desires. Moreover, should the Court desire additional information at this time, we would be happy to participate in an *in camera, ex parte,* discussion with the Court regarding these issues, at any time convenient for the Court.

Respectfully submitted this 12th day of January, 2005.

GLENN T. SUDDABY
United States Attorney

By: _____          Of Counsel:

David M. Grable                         Gregg N. Sofer
Assistant U.S. Attorney                 Counterterrorism Section
N.D.N.Y. Bar Roll No. 105607            Department of Justice

Gregory A. West
Assistant U.S. Attorney
N.D.N.Y. Bar Roll No. 501530

*Received in camera from David M. Grable on Jan 12, 2005 @ 4:05 P.M. One copy returned to AUSA Grable, the other retained by the court.* Thomas McAvoy

- 4 -

SECRET