UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

-vs-

YASSIN AREF and
MOHAMMAD HOSSAIN

Crim. No. 04-CR-402
(Hon. Thomas J. McAvoy)

---

Government's In Camera, Ex Parte, Under Seal
Motion for a Protective Order Pursuant to CIPA § 4
and Fed. R. Crim. P. 16(d)(1)
[Redacted]

[Redacted]

(U) This filing describes information classified at the "Secret" level. Under Executive Order 13292, the unauthorized disclosure of information classified at the "Secret" level, by definition, reasonably could be expected to cause serious damage to the national security of the United States. Exec. Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003). The government is therefore submitting the filing to the Court *in camera, ex parte* and under seal, and requests that the Court file this and the related documents with the Court Security Officer or his designee, pursuant to the Protective Order previously issued by this Court. This motion is filed *In Camera, Ex Parte* and Under Seal because a public proceeding may result in the disclosure of classified information.

[Redacted]

Respectfully submitted,

GLENN T. SUDDABY
UNITED STATES ATTORNEY

by

William C. Pericak
Assistant U.S. Attorney

Of Counsel

Gregg N. Sofer
Counterterrorism Section
Department of Justice

1