UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) |
| v. | ) |
| | ) |
| YASSIN MUHIDDIN AREF | ) |
| and MOHAMMED MOSHARREF HOSSAIN | ) |
| | ) |

EX PARTE, IN CAMERA DECLARATION
OF WILLIE T. HULON
ASSISTANT DIRECTOR FOR COUNTERTERRORISM
FEDERAL BUREAU OF INVESTIGATION
[Redacted]

| | |
|---|---|
| City of Washington | ) |
| | ) |
| | ) ss. |
| District of Columbia | ) |

I, WILLIE T. HULON, hereby declare and say:

1. I am the Assistant Director for Counterterrorism of the Federal Bureau of Investigation (FBI), United States Department of Justice, an Executive Department of the United States. In this capacity, I am responsible for the various counterterrorism investigations and operations of the FBI and have official supervision and control of the counterterrorism files and records of the FBI, including those of its Counterterrorism Division in Washington, D.C. (Classification: Unclassified ("U"))

2. The matters stated herein are based on my personal knowledge, my review and consideration of documents and information available to me in my official capacity, information

furnished by Special Agents and other employees of the FBI and my conclusions reached in accordance therewith. (U)

[Redacted]

4. Pursuant to Executive Orders 12958 and 12968, I am responsible for the protection of classified information within the Counterterrorism Division of the FBI, including the sources and methods used by the FBI in the collection of information. Classified information is obtained by the FBI in a number of ways. Thus, I have been authorized by the Director of the FBI to execute declarations and other affidavits in order to protect such classified information. (U)

5. Accordingly, and consistent with my responsibilities, I am submitting this declaration to protect this classified information and to explain to the Court the damage to the national security of the United States that reasonably could be expected to result unless the Court grants the Government's ex parte, in camera motion for a protective order pursuant to Section 4 of CIPA and Rule 16(d)(1) of the Federal Rules of Criminal Procedure (Rule 16). (U)

[Redacted]

11. Under penalty of perjury, I declare the foregoing to be accurate and true to the best of my information, knowledge and belief. (U)

_____
WILLIE T. HULON
Assistant Director
Counterterrorism Division
Federal Bureau of Investigation

July _____, 2005

2