UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -vs-

YASSIN AREF and
MOHAMMAD HOSSAIN

Crim. No. 04-CR-402
(Hon. Thomas J. McAvoy)

---

*In Camera, Ex Parte*, Under Seal Affidavit of FBI Special Agent Coll
[Redacted]

I, Timothy Coll, do hereby depose and state:

(U) 1. I am a Special Agent with the Federal Bureau of Investigation.  Currently, I am assigned to the Joint Terrorism Task Force (JTTF).  I am the case agent for the case of <u>United States vs. Yassin Aref and Mohammad Hossain</u>, Crim. No. 04-CR-402 (TJM).

[Redacted]

Sworn to under the penalties of perjury this ___ day of August, 2005.

Timothy Coll
Special Agent, FBI

1