UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    -vs-

YASSIN AREF and
MOHAMMAD HOSSAIN

Crim. No. 04-CR-402
(Hon. Thomas J. McAvoy)

---

*In Camera, Ex Parte,* Under Seal Affidavit of AUSA Pericak
[Redacted]

I, William C. Pericak, do hereby depose and state:

(U) 1. I am an Assistant United States Attorney for the Northern District of New York. Earlier this year I was assigned principal responsibility for the case of <u>United States vs. Yassin Aref and Mohammad Hossain</u>, Crim. No. 04-CR-402 (TJM).

[Redacted]

Sworn to under the penalties of perjury this ___ day of August, 2005.

_____
William C. Pericak
Assistant U.S. Attorney

1