UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

               Plaintiff,                   **NOTICE OF MOTION**

        **v.**                           **04-CR-402 TJM**

**YASSIN AREF and
MOHAMMED HUSSAIN,**

               Defendants.

_____

PLEASE TAKE NOTICE, that upon the affidavit of Terence L. Kindlon, attorney for

Yassin Aref, dated December 14, 2005, and upon the superseding indictment herein dated

September 29, 2005, and upon all prior proceedings, Yassin Aref will move this Court at a

motion term thereof to be held at the United States Courthouse in the City of Albany, State of

New York on January 9, 2005 at 9:30 a.m. for the following pretrial relief:

    A.     ENTRAPMENT

          1) An Order directing that Yassin Aref is entitled to an instruction on entrapment.

          2) An Order dismissing Counts 1-27 of the indictment because Yassin Aref was

entrapped as a matter of law.

          3) An Order prohibiting the government from introducing certain evidence to

show alleged predisposition.

    B.     SEVERANCE

          1) An Order pursuant to Rules 8 and/or 14 of the Federal Rules of Criminal

Procedure severing Counts 28-30 of the superseding indictment from Counts 1-27

2) An Order pursuant to Rules 8(b) and/or 14 of the Federal Rules of Criminal Procedure granting Yassin Aref a separate trial from that of co-defendant Mohammed Hussain.

C.      An Order for discovery pursuant to Rule 12(b)(4) and Rule 16 of the Federal Rules of Criminal Procedure.

D.      An Order suppressing the statements attributed to Yassin Aref, pursuant to Rule 12(b)(3) and Rule 41 of the Federal Rules of Criminal Procedure.

E.      An Order pursuant to Rule 12(b)(3) of the Federal Rules of Criminal Procedure suppressing all evidence seized by the government from Yassin Aref.

F.      An Order requiring the government to produce all Brady material.

G.      An Order directing the government to disclose its intention to introduce evidence of prior bad acts or convictions which would be admissible under Rule 404(b) of the Federal Rules of Evidence.

H.      An Order directing the prosecutor to instruct the detectives and agents on this case to preserve their original notes.

I.      An Order granting leave to make additional motions.

WHEREAS, Yassin Aref respectfully requests that the Court grant the above relief, and such other and further relief as this Court deems just and proper..

Dated:  December 14, 2004.

KINDLON and SHANKS, P.C.


By:    _____
S/Terence L. Kindlon
Bar Roll No. 103142
*Attorney for Yassin Aref*

2

74 Chapel Street
Albany, New York  12207
Telephone: (518) 434-1493
Fax: (518) 432-7806
E-mail: TKindlon@aol.com

TO:   Clerk, US District Court
United States Courthouse
445 Broadway
Albany, New York 12207

United States Attorney
Foley U.S. Courthouse
Albany, New York  12207

Kevin A. Luibrand, Esq.
33 Elk Street
Albany, New York 12207

Yassin Aref
Address on file