UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**UNITED STATES OF AMERICA,**

           Plaintiff,                          **ORDER**

           **v.**                          **04-CR-402 TJM**

**YASSIN AREF and
MOHAMMED HUSSAIN,**

           Defendants.

---

Upon reading and filing the affirmation of Terence L. Kindlon, attorney for defendant

Yassin Aref, dated December 14, 2005, in support of the motion, and the affidavit of William C.

Pericak, Esq., Assistant U.S. Attorney, in opposition to the motion, and after due deliberation, it

is hereby

ORDERED, that Yassin Aref is entitled to an instruction on entrapment; and it is further

ORDERED, that Counts 1-27 of the indictment be dismissed because Yassin Aref was

entrapped as a matter of law; and it is further

ORDERED, that the government is prohibited from introducing certain evidence to show

alleged predisposition; and it is further

ORDERED, that Counts 28-30 of the superseding indictment be severed from Counts 1-

27; and it is further

ORDERED, that the trial of Yassin Aref is severed from that of his co-defendant and it is

further

ORDERED, that the government immediately provide the defense with all the requested

discovery material and it is further

ORDERED, that all post-arrest statements attributed to Yassin Aref be suppressed, and it is further

ORDERED, that all evidence seized by the government from Yassin Aref be suppressed, and it is further

ORDERED, that the United States immediately turn over to the defense all *Brady* material in its possession or that may come into the government's possession; and it is further

ORDERED, that the government disclose to Yassin Aref its intention to introduce evidence of bad acts or prior convictions which are admissible under Rule 404(b) of the Federal Rules of Evidence, and it is further

ORDERED, that the United States Attorney instruct the detectives and agents on this case to preserve their original notes, and it is further

ORDERED, that Yassin Aref is hereby granted leave to file additional motions; and it is further

ORDERED, that Yassin Aref have such other and further relief as to the court seems just proper.

Signed this ___ day of _____, 2006 at Albany, New York.


_____
HON. THOMAS J. MCAVOY
U.S. DISTRICT JUDGE