

# KINDLON
# SHANKS ATTORNEYS AND COUNSELORS AT LAW

74 CHAPEL STREET, ALBANY, NEW YORK 12207
518-434-1493 Fax 518-432-7806

TERENCE L. KINDLON
LAURIE SHANKS*

KATHY MANLEY
LEE C. KINDLON
KENT B. SPROTBERY
JAMES E. TYNER

*ADMITTED IN NEW YORK
ARIZONA, AND INDIANA

January 11, 2006

William C. Pericak, Esq.
Assistant United States Attorney
United States Courthouse
445 Broadway
Albany, New York 12207

**United States v. Yassin Aref**
**1:04-CR-402**

Dear Mr. Pericak:

On December 17, 2005, the New York Times reported that warrantless wiretaps have been performed by the United States government in connection with its investigations of alleged "terrorist" activities within United States borders. The occurrence of such acts has been confirmed by President George W. Bush. Although the President has argued such wiretaps are not illegal, there is widespread consensus that each example of such activity actually constitutes an "unlawful act," as that term is defined in Title 18, section 2510(5) U.S.C.

As you know, on December 23, 2005, pursuant to Title 18 U.S.C. section 3504(a), and upon the assumption that my client, Yassin Aref, was the subject of unlawful wiretaps, I requested that the United States immediately "affirm or deny the occurrence of (any such) alleged unlawful act..." in connection with the prosecution herein.

To date I have had no reply to that request.

On January 6, 2006, the distinguished constitutional law scholar and Harvard Law School Professor Laurence H. Tribe wrote a letter to Congressman John Conyers, Jr., expressing his

William C. Pericak, Esq.
January 11, 2006
page two

views on the legality of the classified program of surveillance by the National Security Agency (NSA).  After a review of the known history of the program and an analysis of relevant law, Professor Tribe reaches "the inescapable conclusion" that there is no legal basis in the Constitution or laws of the United States for such activity.  A copy of Professor Tribe's January 6, 2006 letter to Congressman Conyers is attached (attachment "A").

In light of Professor Tribe's illumination of the unlawful nature and the Bush Administration's warrantless wiretaps, I hereby *repeat* my request that the Government provide a summary of the dates and times of any and all warrantless wiretaps of Yassin Aref, together with a statement concerning any and all information so gathered.

Thank you for your kind consideration.

Respectfully,

KINDLON and SHANKS, P.C.

By:

Terence L. Kindlon
Tkindlon@aol.com

TLK/arh

cc:  Kevin Luibrand, Esq.
Yassin Aref

enc.