UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

_____

**UNITED STATES OF AMERICA,**

             Plaintiff,                    **NOTICE OF MOTION**
                                         **FOR RECONSIDERATION**

        **v.**

                                         **04-CR-402 TJM**

**YASSIN AREF and
MOHAMMED HUSSAIN,**

             Defendants.

_____

PLEASE TAKE NOTICE, that upon the affidavit of Terence L. Kindlon, attorney for

Yassin Aref, dated January 19, 2006, and upon the superseding indictment herein dated

September 29, 2005, and upon all prior proceedings, Yassin Aref will move this Court at a

motion term thereof to be held at the United States Courthouse in the City of Albany, State of

New York on **March 13, 2006** at 9:30 a.m for reconsideration, based on new evidence, and for

the following pretrial relief:

        A.      An Order pursuant to Rule 12(b)(3)(C) of the Federal Rules of Criminal

Procedure, 18 USC 2515 and the Foreign Intelligence Surveillance Act, suppressing all evidence

obtained by the prosecution in this case because all such evidence was the poisonous fruit of

illegal electronic surveillance.

        B.      An Order dismissing the indictment because the entire investigation was the

poisonous fruit of blatantly illegal electronic surveillance.

        C.      An Order pursuant to 18 USC 3504 directing the government to affirm or deny the

above mentioned electronic surveillance, and to provide all tapes, transcripts, internet and e-mail

records and any other documentation of the intercepted communications.

WHEREAS, Yassin Aref respectfully requests that the Court grant the above relief, and

such other and further relief as this Court deems just and proper.

Dated:  January 20, 2006.

KINDLON and SHANKS, P.C.

By:    _____

S/Terence L. Kindlon
Bar Roll No. 103142
*Attorney for Yassin Aref*
74 Chapel Street
Albany, New York  12207
Telephone: (518) 434-1493
Fax: (518) 432-7806
E-mail: TKindlon@aol.com

TO:    Clerk, US District Court
United States Courthouse
445 Broadway
Albany, New York 12207

United States Attorney
Foley U.S. Courthouse
Albany, New York  12207

Kevin A. Luibrand, Esq.
33 Elk Street
Albany, New York 12207

Yassin Aref
Address on file