

# KINDLON
## SHANKS ATTORNEYS AND COUNSELORS AT LAW

74 CHAPEL STREET, ALBANY, NEW YORK 12207
518-434-1493 Fax 518-432-7806

TERENCE L. KINDLON
LAURIE SHANKS*

_____

KATHY MANLEY
LEE C. KINDLON
KENT B. SPROTBERY
JAMES E. TYNER

*ADMITTED IN NEW YORK
ARIZONA, AND INDIANA

December 23, 2005

Bill Pericak
Assistant United States Attorney
United States Courthouse
445 Broadway
Albany, New York 12207

> **United States v. Yassin Aref**
> **1:04-CR-402**

Dear Mr. Pericak:

Last week the New York Times reported that warrantless wiretaps have been performed by the United States government in connection with its investigations of alleged "terrorist" activities within United States borders.  The occurrence of such acts has since been confirmed by President George W. Bush, and his subordinates, in a number of public statements.  Although the President, Attorney General Gonzales and a host of other administration functionaries have argued such wiretaps have some constitutional or statutory validity, there is widespread consensus that each example of such activity actually constitutes an "unlawful act," as that term is defined in Title 18, section 2510(5).

In light of the aforesaid recent developments concerning potentially unlawful electronic eavesdropping, pursuant to Title 18 U.S.C. section 3504(a), and upon the assumption that my client, Yassin Aref is an aggrieved party, I hereby respectfully request that the United States immediately "affirm or deny the occurrence of (any such) alleged unlawful act..." in connection with the prosecution herein.

In the event such unlawful act has occurred, and/or that the government has secured any information concerning my client as a result of such unlawful act, or by the exploitation of such unlawful act, I further request that the Government immediately provide counsel with a summary

Bill Pericak
December 23, 2005
page two

of any and all information concerning Yassin Aref, or having any bearing on his case, so gathered.

       Thank you for your kind consideration.

                                      Respectfully,

                                      KINDLON and SHANKS, P.C.

By:

                                      s/Terence L. Kindlon
                                      Bar Number: 103142
                                      Attorney for Defendant
                                      Kindlon and Shanks, P.C.
                                      74 Chapel Street
                                      Albany, New York 12207
                                      Telephone: (518) 434-1493
                                      Fax: (518) 432-7806
                                      Email: Tkindlon@aol.com

TLK/arh

cc:     Kevin Luibrand, Esq.
        Yassin Aref