

**U.S. Department of Justice**

*United States Attorney*
*Northern District of New York*

---

| | |
|---|---|
| *445 Broadway, Room 218* | *TEL: (518) 431-0247* |
| *James T. Foley U.S. Courthouse* | *FAX: (518) 431-0249* |
| *Albany, New York  12207-2924* | |

March 21, 2006

Kevin A. Luibrand, Esq.
Tobin, Dempf Law Firm
33 Elk Street
Albany, New York 12207

Terence L. Kindlon, Esq.
Kindlon, Shanks Law Firm
74 Chapel Street
Albany, NY 12207

   Re: United States v. Aref, et al. 04-CR-402 (TJM)

Gentlemen:

   You have filed various discovery and inspection requests in which you have demanded, among other things: (1) information related to a terrorist training camp in Iraq and a notebook found at that location; (2) evidence or information relating to the predisposition of the defendants to commit any of the acts alleged in the indictment; and (3) information related to the defendants' association with Ansar-al-Islam.  Pursuant to one or more of your discovery demands and Judge McAvoy's orders of March 16, 2006, enclosed please find the following documents and information:

   1.  Document regarding Al Rawah Terrorist Training Camp Iraq 11 Jun 2003 [redacted];

   2.  Five entries from a black and white notebook found following a raid by U.S. forces of a suspected Ansar-al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003;

   3.  Information found during a U.S. military raid of a suspected Ansar-al-Islam safe house in Mosul, Iraq, on 11 June 2003;

   4.  Information found during a raid by U.S. and coalition forces of a suspected Ansar-al-Islam facility in Sargat, Iraq, in March 2003;

Kevin A. Luibrand, Esq.
Terence L. Kindlon, Esq.
March 21, 2006
Page 2

5.    Information that in March 2003 U.S./coalition forces raided an evacuated Ansar-al-Islam facility in Khurma Se, Iraq, and regarding effort made by secretive group, led by Abu Taisir, and linked to Ansar-al-Islam and Abu Musab al-Zarqawi, to develop toxins production capability at the Khurma se facility located near the village of Sargat, Iraq, prior to the coalition attack on that facility;

6.    FBI 302 [redacted] regarding individual who was approached to obtain information for Usama bin Laden, and when information was obtained, to get in contact with the "brothers" through two numbers in Damascus, Syria;

7.    Criminal History Report on John Earl Johnson a/k/a Yaya;

8.    Search Warrant Application and Affidavit in Support of Search of 1989 Ford Econoline Conversion van;

9.    Report on Inventory of contents of five (5) 3.5" computer discs seized from a 1989 Ford Econoline Conversion Van pursuant to a search warrant issued on December 27, 2002; and

10.    Criminal History Report on Ali Yaghi.

In addition, a classified letter has been prepared and may be viewed by you pursuant to and in accordance with the provisions of the November 16, 2004 Protective Order entered in this case. I also have enclosed copies of the Memoranda of Understanding that each of you signed in November, 2004, which were executed as part of that Protective Order.

Very truly yours


GLENN T. SUDDABY
UNITED STATES ATTORNEY

by    *s/William C. Pericak*

William C. Pericak
Assistant U.S. Attorney