UNCLASS
~~SECRET REL~~

## Al Rawah Terrorist Training Camp Raid
## 11 Jun 2003

KIA: Approximately 80 pax

WIA: One (currently in Coalition custody)

Equipment: Large cache was located on site and we recovered both NVD (one pr of Belgian PVS5) and NV scope (PVS2 type) from the OBJ.

Pocket Litter: Also recovered personal items and pocket litter that confirmed analysis of various nationalities. This was further confirmed by various ethnicities, modes of dress. Indications are that some at least were recent arrivals, and at least one showed signs of preparation for martyr operations (shaved pubic region and trimmed beard.

Al Rawah Inventory Sheet



UNCLASS
~~SECRET REL~~

UNCLASS
~~SECRET REL~~



UNCLASS
~~SECRET REL~~

UNCLASS
~~SECRET REL~~



## Manuals and Books

1. 8 x manuals on different types of grenades
2. Manual on military and technical vehicles, weapons to include US military equipment
3. Manual of electronics or communications
4. Manual of French Military Acronyms translated to Arabic
5. Manual on anti-aircraft equipment
6. 2 x Manual for Infantry troops
7. Technical manual on a military vehicle
8. Small manual on handguns
9. Manual on Tanks or Mechanized units
10. 2 x Handgun manuals
11. Manual on mortars
12. Technical manual for sniper rifle with scope and bayonet
13. Manual on interrogation techniques and methods
14. Physical fitness and training manual
15. Manual on aviation to include Stealth capabilities
16. Manual on aircrafts and helicopters
17. Manual for Marksmanship
18. Drill and Ceremony manual
19. Manual on types of mortar rounds
20. Manual from the Iraqi Air Force HQs on Aircrafts capabilities, Weapons, and models to include US aircrafts.

UNCLASS
~~SECRET REL~~

UNCLASS
~~SECRET REL~~

21. Manual on RPGs
22. About 20 more manuals or books, but doesn't know what they are for. Need to be exploited by DOCEX personnel.

Other Equipment

1. Belgique version of old AN-PVS2 night vision rifle scope.
2. Russian version of the AN-PVS 5 drivers night vision device with adjustable harness.
3. Russian Telescope, 4 x power scope for sniper rifle with IR detector switch and reticule lamp with switch.
4. VHF FM Transceiver; S/N: 00000205
5. Russian RPG sight. NAB 180901
6. Grip stuck for SA-7, 9n58 087 05 77

Weapons Cache

1. 8 x 61mm mortar
2. 2 x 82mm mortar
3. 100s x RPG rounds
4. 100s x various mortar rounds (Chinese, Jordanian, Russian)
5. 83 x SA-7
6. 100s x 120/82mm mortar fuses
7. 4 x sighting systems MTR
8. 100 x cartridges of Type PE4A plastic explosives
9. 196 x 60mm rounds all primed
10. 109 x 80 series mortar
11. 1 x box mortar primer fuses
12. 4 x cases mortar Russian primers
13. Hand signal 30mm blue smoke
14. 155 x unknown projectiles
15. 2 x boxes plastic explosives 39-11/83 Iraqi
16. 100 x 60mm mortar rounds
17. 10 x 155mm
18. 20 x cans 12.7 API Type 54 RD585
19. 2 x cans 23mm API
20. 2 x cans Green signal flares 437 Lot#27
21. 9 x boxes Green signal flares
22. 50 x rounds 12.7
23. 7 x RPG packs
24. 16 x boxes of Plastic explosives
25. 22 x RPGs (Al Nasarih)
26. 20 x anti-tank land mines
27. 4 x drums of 70 rounds for 7.62
28. 50 x hand held flares
29. 100 x grenades

UNCLASS
~~SECRET REL~~

UNCLASS
~~SECRET REL~~

30. 4 x RPKs
31. 100 x warheads for mortar
32. 6 x AKM

UNCLASS
~~SECRET REL~~