

The following information in Kurdish was found in a black and white notebook following a raid by U.S. forces of a suspected Ansar-Al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003.

Yassin Aref
8 Leonard Place
Albany
NY 222          Important
USA
0015184279892
Brother Yassin America — New York



The following information in Kurdish was found in a black and white notebook following a raid by U.S. forces of a suspected Ansar-Al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003.

Norway – Teacher Krekar –  Home        004722572688

Mosque      004722207247

The following information in Kurdish was found in a black and white notebook following a raid by U.S. forces of a suspected Ansar-Al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003.

The Movement's Office/Damascus

2760482



The following information in Kurdish was found in a black and white notebook following a raid by U.S. forces of a suspected Ansar-Al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003.

Syria

|  |  |
|---|---|
| Office-Ha' | 2760482 |
| Office Fax | 5112347 |

The following information in Kurdish was found in a black and white notebook following a raid by U.S. forces of a suspected Ansar-Al-Islam training camp, north of al-Rawah, Iraq, on 11 June 2003.

Dr. Rafel Abu-Ahmad
0013156373945