## The Khurma Se Facility

In March 2003, U.S./coalition forces raided an evacuated Ansar al-Islam facility in Khurma Se, Iraq.

The U.S. government has information that an effort was made by a secretive group, led by Abu Taisir, and linked to both Ansar al-Islam and Abu Musab al-Zarqawi, to develop toxins production capability at the Khurma Se facility located near the village of Sargat, Iraq, prior to the coalition attack on that facility.