

The following information was found during a U.S. military raid
of a suspected Ansar Al-Islam safe house in Mosul, Iraq, on
11 June 2003:

        Yassin Aref
        8 Leonard Place
        Albany, NY 222, USA
        0015184279892



The following information was found during a raid by U.S. and coalition forces of a suspected Ansar-Al-Islam facility in Sargat, Iraq, in March 2003:

Yasin    0015184279892