- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

███████████████████████████

An Individual, who is in a position to testify, provided the following information:

Individual stated that during October 2001, the Individual was approached by ████████████████████

█████████████████████████████ told the Individual that USAMA BIN LADEN had requested the following information, to include flight training schools, access to airports in ███████████████ and ████████ also asked the Individual how close the Individual could get to an ████████ aircraft. ██████████

██████████████████████████████████

████████████████████ further told the Individual that when the Individual obtained this information he could get in contact with the "brothers" through the following Syrian fax numbers: 963-112760482 and 963-115112347 in Damascus, Syria.

████████████████████████████████████

████████████████████████████████████

Investigation on █████████ at █████████████

File # ████████████████████    Date dictated _____

by ████████████████

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency; it and its contents are not to be distributed outside your agency.