N 1547-1547 08/16/05  RDSO# GFBA 27038  RDSO# 0076237A  PART 001 OF 001
LETS GFBA
47814  CR   WVFBINF00 92169 NYFBIAL00 08147 12:51-12:51 08/16/2005
TXT
HDR/2L01L036605573G299
ATN/COLL,T
************** CRIMINAL HISTORY RECORD ***********************
DATA AS OF                 2005-08-16
********************** INTRODUCTION **************************
THIS RAP SHEET WAS PRODUCED IN RESPONSE TO THE FOLLOWING REQUEST:
FBI NUMBER                 49238CB9
PURPOSE CODE               C
ATTENTION                  COLL,T
THE INFORMATION IN THIS RAP SHEET IS SUBJECT TO THE FOLLOWING CAVEATS:
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-49238CB9.
BECAUSE ADDITIONS OR DELETIONS MAY BE MADE AT ANY TIME, A NEW COPY
SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE. (US; 2005-08-16)
ALL ARREST ENTRIES CONTAINED IN THIS FBI RECORD ARE BASED ON
FINGERPRINT COMPARISONS AND PERTAIN TO THE SAME INDIVIDUAL. (US;
2005-08-16)
THE USE OF THIS RECORD IS REGULATED BY LAW. IT IS PROVIDED FOR OFFICIAL
USE ONLY AND MAY BE USED ONLY FOR THE PURPOSE REQUESTED. (US;
2005-08-16)
********************** IDENTIFICATION ***********************
SUBJECT NAME(S)
JOHNSON, JOHN E
JOHNSON, JOHN   (AKA)
JOHNSON, JOHN EARL   (AKA)
SUBJECT DESCRIPTION
FBI NUMBER
49238CB9
SOCIAL SECURITY NUMBER
334681579
344681579
SEX                        RACE
MALE                       BLACK
HEIGHT                     WEIGHT                   DATE OF BIRTH
6'01"                      155 POUNDS               1979-06-12
HAIR COLOR                 EYE COLOR                FINGERPRINT PATTERN
BLACK (1996-05-09)         BROWN (1996-05-09)       PO13COPOPMPIPI14PIPO (FPC)
          WU RS WU WU WU WU LS WU WU RS (OTHER)
SCARS, MARKS, AND TATTOOS
CODE                       DESCRIPTION, COMMENTS, AND IMAGES
NCIC                       SC ABDOM; SCAR ON ABDOMEN (WVFBINF00)
NCIC                       TAT L CALF; TATTOO ON LEFT CALF (WVFBINF00)
NCIC                       SC BACK; SCAR ON BACK (WVFBINF00)
PLACE OF BIRTH             CITIZENSHIP
FL                         US
PHOTO IMAGES
TYPE
OTHER                      FBI HAS ONE PHOTO ASSOCIATED WITH ARREST DATE
                           OF 2002/12/27 (WVFBINF00)
OTHER                      ARRESTING AGENCY HAS PHOTO ASSOCIATED WITH
                           ARREST DATE OF 2002/12/27 (NYFBIAL00)
OTHER                      ARRESTING AGENCY HAS PHOTO ASSOCIATED WITH
                           ARREST DATE OF 2003/08/27 (PA060017C)
****************** CRIMINAL HISTORY *************************
----------------------------------- CYCLE 001 --------------------------------

ARRESTING AGENCY              USM ALBANY; NYUSM0500;

SUBJECT'S NAME               JOHNSON, JOHN EARL (AKA)
CHARGE                       01
    CHARGE DESCRIPTION       5212-POSSESSION OF WEAPON
              SEVERITY       UNKNOWN
===================================== CYCLE 002 =====================================
EARLIEST EVENT DATE          2002-12-27
------------------------------------------------------------------------------------

ARREST DATE                  2002-12-27
ARREST CASE NUMBER           265A-AL-45226
ARRESTING AGENCY             FBI ALBANY; NYFBIAL00;
SUBJECT'S NAME               JOHNSON, JOHN EARL (AKA)
CHARGE                       01
    CHARGE DESCRIPTION       TITLE 18 USC 922 UNLAWFUL POSS OF A FIREARM,
                             TITLE 18 USC 924 FALSE STATEMENT IN OBTAINING A
                             FIREARM
              SEVERITY       UNKNOWN
------------------------------------------------------------------------------------

COURT DISPOSITION            (CYCLE 002)
COURT AGENCY                 NOT-KNOWN
CHARGE                       01
          OFFENSE DATE       2002-12-27
    CHARGE DESCRIPTION       POSSESSION OF WEAPON
              SEVERITY       UNKNOWN
           DISPOSITION       GUILTY PLEA 7/29/03 SENT TO 46 MOS CBOP, 3 YRS
                             SRT (; UNKNOWN)
===================================== CYCLE 003 =====================================
EARLIEST EVENT DATE          2003-08-27
------------------------------------------------------------------------------------

ARREST DATE                  2003-08-27
ARREST CASE NUMBER           11704052
ARRESTING AGENCY             US PEN-RECORDS LEWISBURG; PA060017C;
SUBJECT'S NAME               JOHNSON, JOHN EARL (AKA)
CHARGE                       01
    CHARGE DESCRIPTION       FELON IN POSS F/A
              SEVERITY       UNKNOWN
------------------------------------------------------------------------------------

COURT DISPOSITION            (CYCLE 003)
COURT AGENCY                 NOT-KNOWN
CHARGE                       01
          OFFENSE DATE       2003-08-27
    CHARGE DESCRIPTION       FELON IN POSS F/A
              SEVERITY       UNKNOWN
           DISPOSITION       46 MOS 3 YRS SRT (; UNKNOWN)
************************   INDEX OF AGENCIES   ************************
AGENCY                       FBI-CJIS DIV-CLRKSBG CLARKSBURG; WVFBINF00;
MAILING ADDRESS               1000 CUSTER HOLLOW RD
                             CLARKSBURG, WV 26306
------------------------------------------------------------------------------------

AGENCY                       USM ALBANY; NYUSM0500;
MAILING ADDRESS              2ND FL 445 BROADWAY
                             ALBANY, NY 122072926
------------------------------------------------------------------------------------

AGENCY                       FBI ALBANY; NYFBIAL00;
MAILING ADDRESS              RM 340 200 MCCARTY AVE
                             ALBANY, NY 122092095
------------------------------------------------------------------------------------

AGENCY                       US PEN-RECORDS LEWISBURG; PA060017C;
MAILING ADDRESS              RD 5 WILLIAM PENN DR PO BOX 1000
                             LEWISBURG, PA 178371000
 * * * END OF RECORD * * *

```
H 1547-1547 08/16/05  ROSQ# GFBA 27039  RDSQ# 00762464  PART 001 OF 001
LETS GFBA
47615  CR   ILIII0000 49651 NYFBIAL00 08149 12:51-12:51 08/16/2005
TXT
HDR/2L01L036605573629S
ATN/COLL,T
PART 002
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/49230CB9

 RECEIVED              08/01/1996   DOC CORRECTIONAL CENTER JOLIET
-------------------------------------------------------------------------
 ARREST
 DCN: 25696774   DATE OF ARREST: 02/19/1996
 NAME: JOHNSON, JOHN E     DATE OF BIRTH: 06/12/1979
 RESIDENCE:
 ARRESTING AGENCY: WEST CHICAGO POLICE DEPARTMENT   NCIC: IL0221900
 AGENCY CASE #: 96086   OFFICER BADGE #:    PHOTO AVAILABLE: YES
 INDICTMENT #: 602190957
 ARREST CHARGES
 COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
 1     720 ILCS 5.0/19-3  RESIDENTIAL BURGLARY  O    Z
 ARREST TYPE:    DATE OF OFFENSE: 02/19/1996
 BOND INFORMATION
 DATE BONDE
 DATE BONDED:   BOND RECEIPT#:    BOND AMOUNT:   BOND DEPOSIT:
 STATES ATTORNEY SECTION
 FILING DECISION: DIRECT FILED WITH COURT   DECISION DATE:
 COUNT  STATUTE CITATION  LITERAL DESCRIPTION  CSAOD  CLASS
 1     720 ILCS 5.0/19-3  RESIDENTIAL BURGLARY  O    Z
 AGENCY NAME: DU PAGE COUNTY STATE'S ATTORNEY   NCIC: IL022013A
 ======END OF RECORD======
 STATE  USE  ONLY
-------------------------------------------------------------------------
END
```

N 1547-1547 26/13625 NYFBIAL00 BADGE CHART PART 001
LETS GFBA
47816 CR ILIII0000 49650 NYFBIAL00 00148 12:51-12:51 08/16/2005
TXT
HDR/2L01L36605736299
ATN/COLL,T
THIS RECORD IS BASED ONLY ON THE FBI NUMBER IN YOUR REQUEST-
FBI/49230CB9
A NEW COPY SHOULD BE REQUESTED WHEN NEEDED FOR SUBSEQUENT USE.
                        ILLINOIS STATE POLICE
                CRIMINAL HISTORY RECORD INFORMATION
STATE ID NO.  FBI NO.   CHICAGO IR NO.  DATE REQUESTED
STATE USE ONLY  DATE: 08/16/2005 ORI: IL0990900 TYPE: 0000 TCN:
 ILLINOIS STATE POLICE
 BUREAU OF IDENTIFICATION
 260 NORTH CHICAGO STREET
 JOLIET, IL 60432-4075
CRIMINAL HISTORY OF: JOHNSON, JOHN  E        (LAST KNOWN NAME)
STATE IDENTIFICATION NUMBER :   IL 36997010
CONVICTION STATUS : FELONY CONVICTIONS
CUSTODIAL STATUS: RECEIVED   DATE: 08/01/1996
ALIAS NAME(S)   DATE OF BIRTH
JOHNSON,JOHN E  06/12/1979
SUBJECT IDENTIFICATION DATA
SEX:   MALE
RACE:   BLACK
HEIGHT:  602    DATE REPORTED: 08/01/1996   F8/01/1996   FBI#: 49230CB9
WEIGHT:  156    DATE REPORTED: 08/01/1996   CHICAGO IR#:
EYES:   BROWN
HAIR:   BLACK
SKIN:
SCARS/MARKS/TATOOS  PLACE OF BIRTH  DRIVERS LICENSE NUMBER  DL STATE
SC ABDOM           ILLINOIS
SOCIAL SECURITY NUMBER  MISCELLANEOUS NUMBER  PALM PRINTS AVAILABLE
344601579
PHOTO AVAILABLE  IDOC#  FOID#  INS#
DOC CORRECTIONAL CENTER JOLIET  B70137
WEST CHICAGO POLICE DEPARTMENT
OCCUPATION  DATE REPORTED
EMPLOYER  DATE REPORTED
BASIS FOR CAUTION  DATE REPORTED
CRIMINAL HISTORY DATA
CUSTODIAL
DCN:  288410859   DATE RECEIVED: 08/01/1996
NAME: JOHNSON, JOHN E    DATE OF BIRTH: 06/12/1979
RESIDENCE:
SUBJECT INSTITUTION #: B70137   PHOTO AVAILABLE: YES
CONFINING AGENCY:   DOC CORRECTIONAL CENTER JOLIET   NCIC: IL099015C
AGENCY RECEIVED FROM: UNKNOWN CUSTODIAL FACILITY   NCIC:
CUSTODIAL STATUS   STATUS DATE   AGENCY NAME
END OF PART 001 - PART 002



```
N 1547-1547 08/16/05  RQSQ# GFBA 27841  RDSQ# 00762500  PART 001 OF 002
NCJS HIST GFBA
ACK GFBA                    FILE 15   DCJS ALBANY NY001015Y   AUG  16,2005 REPLY
TO
MESA 01925     FILED 08-16-05


 DATE   08-16-05                    STATE OF NEW YORK            TRAN NO   01925
 TIME   1548         DIVISION OF CRIMINAL JUSTICE SERVICES       PAGE      1
 FAX NO
        CONFIDENTIAL TO:       FBI ALBANY                        DOB 06-12-79
                               200 MCCARTY AVE ROOM 340          RAC BLACK
                               ALBANY              NY            SEX MALE
                                                   12209         HGT 6-03
        [980000N ]                                               SOC 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
 ------------------------------------------------------------   FBI 49238CB9
 !INPUT NAME  JOHNSON,JOHN                       ! !NYSID  1730461Y! III MULTI SOURCE

        ***********************************************************************
        *THIS NYSID NUMBER WAS USED PREVIOUSLY AND IS NOW REASSIGNED *
        *TO THIS INDIVIDUAL.                                         *
        ***********************************************************************
                           NAMES USED BY SUBJECT              [REMOTE INQUIRY   :
 JOHNSON,JOHN E


 -------------------------------------------------------------------------------
              < < < < < < < CRIMINAL HISTORY > > > > > > >
 -------------------------------------------------------------------------------
 !      ARREST      ! ARREST/ARRAIGNMENT CHARGES  !      DISPOSITION AND
 !    INFORMATION   !                             !        RELATED DATA
 -------------------------------------------------------------------------------
 ARR DT/PL 12-24-01!      - - ARREST - -          !      - - DISPOSITION - -
 ALBANY            !CRIM POSS WEAP-3RD DEG        !12-24-01  CITY CRT ALBANY
                   !PL   265.02        NO SUB     !        CASE # 01-129104
 CRM DATE: 12-24-01!CLASS D FEL  CTS 02 NCIC 5212 !INITIAL REPORT OF DOCKET
 CRIME PLACE:      !                              !NUMBER
 ALBANY            !                              !
                   !                              !
 ARR#/AGY  20010258!                              !
 ALBANY PD         !                              !
                   !                              !
 CRT CON# 55940065L!                              !
 -------------------------------------------------------------------------------
```

LATEST UPDATED PERSONAL DESCRIPTORS:  EYES/BROWN    HAIR/BLACK      WGT 190 LBS

NCIC FINGERPRINT CLASSIFICATION   PO13COPOPMPIPI14PIPO

SOCSEC ! 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

DOB INFO! JUNE 12,1979

POB INFO! ILLINOIS

NAME AND! REPORTED ON  !          INFORMATION
 ADDRESS!
        !DEC  24,2001! JOHNSON,JOHN E
        !            !272 CENTRAL AV APT 2        ALBANY         NEW YORK
(CONT. NEXT PAGE)

N 1547-1547 08/16/05  ROSQ# GFBA 27041  RDSQ# 00762500  PART 002 OF 002
DATE    08-16-05                                           PAGE      2
NAME    JOHNSON,JOHN                    NYSID   1730461Y   TRAN NO  01925

          < < < < < < < OTHER INFORMATION > > > > > >

! TYPE  !                      INFORMATION                               !

 WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
 CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
 UNLESS IDENTIFIED AS CONSECUTIVE.

THIS RESPONSE IS BASED ON A NYSID NUMBER SUPPLIED BY YOUR AGENCY.

      ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                  CHAUNCEY G. PARKER, COMMISSIONER