AO 106 (Rev. 7/87) Affidavit for Search Warrant

**U.S. DISTRICT COURT**
**N.D. OF N.Y.**
~~FILED~~

# United States District Court

JAN 2 1 2003

LAWRENCE K. BAERMAN, CLERK

__NORTHERN__ DISTRICT OF __NEW YORK__          ALBANY

In the Matter of the Search of
(Name, address or brief description of person, property or premises to be searched)

FOUR YELLOW and ONE BLACK 3.5" COMUPTER DISKETTES
LOCATED AT THE OFFICES OF THE FEDERAL BUREAU OF
INVESTIGATION, 200 McCARTY AVENUE, ALBANY, NEW YORK

## APPLICATION AND AFFIDAVIT
## FOR SEARCH WARRANT

CASE NUMBER:  03-M-22 RFT

I _____ WILLIAM E. BETTS _____ being duly sworn depose and say:

I am a(n) _____ SPECIAL AGENT, FEDERAL BUREAU OF INVESTIGATION _____ and have reason to believe
                                        Official Title

that ☐ on the person of or ☒ on the property or premises known as (name, description and/or location)

FOUR YELLOW and ONE BLACK 3.5" COMPUTER DISKETTES LOCATED AT
THE OFFICES OF THE FEDERAL BUREAU OF INVESTIGATION, 200 McCARTY AVENUE, ALBANY, NEW YORK

in the _____ NORTHERN _____ District of _____ NEW YORK _____

there is now concealed a certain person or property, namely (describe the person or property to be seized)

COMPUTER FILES AND DOCUMENTS

which is (state one or more bases for search and seizure set forth under Rule 41(b) of the Federal Rules of Criminal Procedure)

evidence and instrumentalities of violations of federal criminal law,

concerning a violation of Title _____ 18 _____ Section(s) _____ 842(p) AND 922(g) _____ .
The facts to support a finding of Probable Cause are as follows:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof.          ☒ Yes          ☐ No

_____
Signature of Affiant

Sworn to before me, and subscribed in my presence

__1/21/03_____          at     ALBANY, NEW YORK
Date                                          City and State

DAVID R. HOMER, U.S. MAGISTRATE JUDGE          _____
Name and Title of Judicial Officer                Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

<u>AFFIDAVIT</u>

STATE OF NEW YORK    )
                       )    ss.
COUNTY OF ALBANY    )

William E. Betts, being duly sworn, deposes and says:

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), and have been so employed for approximately five (5) years. I submit this affidavit in support of an Application for a Search Warrant for four yellow and one black 3.5" computer diskettes, currently located at the offices of the Federal Bureau of Investigation, 200 McCarty Avenue, Albany, New York, within which there is probable cause to believe that evidence and instrumentalities of the criminal offenses referenced below are present. I make this affidavit based upon my own observations and from information received by me from other law enforcement officials. Where conversations or statements of others are related herein, they are related in part and in substance, unless otherwise indicated. Moreover, because this affidavit is submitted for a limited purpose, I have not set forth every fact that I have learned during the course of this investigation.

2.      Investigation by the FBI has revealed that John Earl Johnson was convicted on or about July 24, 1996 in the State of Illinois on two counts of felony residential burglary, for which he was sentenced to a term of seven years in state prison. On or about December 24, 2001, Johnson and two other occupants of a motor vehicle were stopped by the Albany Police Department and charged with possession of a Bushmaster M-15 .223 caliber rifle. Those charges are believed to be pending in state court. Thereafter, the instant investigation revealed that credit cards in Johnson's name were used on September 5, 2001 to order three S.L. Smith &

Association ammunition magazines, and on April 25, 2002 to order a Bench Buddy gun rest and a Cabela's laser boresighter.

3.    At approximately 9:12 a.m. on December 27, 2002, Johnson was observed by the FBI outside his residence in Albany, New York, loading a brown/orange Ford conversion van, VIN 1FDEE14HXKHA98791. Among the items being loaded into the van by Johnson is what clearly appeared to be a rifle or long gun case. Investigation by the FBI revealed that this vehicle is registered to Johnson.

4.    Thereafter, at approximately 11:30 a.m. on December 27, 2002, the vehicle, being driven by Johnson, was pulled over by the New York State Police on Interstate 90 headed westbound in the vicinity of Herkimer, New York, for failure to wear a seat belt. Johnson refused to give consent to search the vehicle, but admitted in substance that there were two guns in the back. Johnson referred the officers to two receipts in his wallet reflecting the purchases of a Savage .22 caliber rifle, model 954, on or about May 1, 2001, and a Norinco semiautomatic 7.62x39MM rifle, model SKS, on or about August 26, 2001, both in the name of his girlfriend/wife, Claudine Gordon. Subsequently, the vehicle was searched pursuant to a warrant issued by this Court, revealing a Stevens LR .22 caliber rifle, model 954, manufactured by Savage Arms, and a Norinco 7.62x39MM rifle, model SKS, both with scopes, as well as other items including over 1500 rounds of ammunition, several magazines (including three high capacity magazines), targets, two large knives, and a gun rest and laser boresighter matching those referenced in paragraph 2 above. Also seized at that time were four yellow and one black 3.5" computer diskettes.

2

5.      I have been informed by Special Agent Mark Maher of the Bureau of Alcohol, Tobacco and Firearms that both the rifles and the ammunition referenced in paragraph 4 were manufactured outside the State of New York, so that possession of them by a convicted felon is a violation of Title 18, United States Code, Section 922(g)(1) and 924(a)(2).

6.      Additional information regarding Johnson obtained by the FBI reveals that he was arrested overseas on or about March 27, 2000, at which time he had in his possession a number of computer diskettes, similar to those found in his vehicle here as referenced in paragraph 4. I have reviewed copies made by law enforcement of the diskettes seized from Johnson at that time, and observed that they contain numerous files describing the manufacture and use of various firearms and ammunition, and improvised explosive devices, telephone system modifications and related topics.

7.      Based on the foregoing, the undersigned submits that there is probable cause to believe that the four yellow and one black 3.5" computer diskettes discovered in the defendant's vehicle may contain computer files and documents containing evidence related to his reason for knowingly possessing the firearms and ammunition found contemporaneously in the vehicle, in violation of Title 18, United States Code, Section 922(g), and further may constitute evidence or instrumentalities of violations of other federal criminal laws, including but not limited to the

3

distribution of information relating to explosives, destructive devices, and weapons of mass

destruction, in violation of Title 18, United States Code, Section 842(p).

Special Agent William E. Betts
Federal Bureau of Investigation

Sworn to before me this
2l𝑠𝑡day of January 2003

HON. DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF NEW YORK

4

# United States District Court

NORTHERN **DISTRICT OF** NEW YORK

U.S. DISTRICT COURT
N.D. OF N.Y.
**ORIGINAL FILED**

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

FOUR YELLOW and ONE BLACK 3.5" COMPUTER DISKETTES LOCATED AT THE OFFICES OF THE FEDERAL BUREAU OF INVESTIGATION, 200 McCARTY AVENUE, ALBANY, NEW YORK

**SEARCH WARRANT**

JAN 3 1 2003

LAWRENCE K. BAERMAN, CLERK
CASE NUMBER: ALBANY  *M-03*  *R F T*

TO:  ANY LAW ENFORCEMENT OFFICER  and any Authorized Officer of the United States

Affidavit(s) having been made before me by  FBI SPECIAL AGENT WILLIAM E. BETTS,  who has reason to

Affiant

believe that ☐ on the person of or ☒ on the premises known as (name, description and/or location)

FOUR YELLOW and ONE BLACK 3.5" COMPUTER DISKETTES LOCATED AT THE OFFICES OF THE FEDERAL BUREAU OF INVESTIGATION, 200 McCARTY AVENUE, ALBANY, NEW YORK

in the  NORTHERN  District of  NEW YORK  there is now concealed a certain person or property, namely (describe the person or property)

COMPUTER FILES AND DOCUMENTS CONTAINING EVIDENCE AND INSTRUMENTALITIES OF VIOLATIONS OF FEDERAL CRIMINAL LAW, INCLUDING BUT NOT LIMITED TO TITLE 18, UNITED STATES CODE SECTIONS 842(p) and 922(g)

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before  *Jan. 30, 2003*

Date

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) (at any time in the day or night as I find reasonable cause has been established) and if the person or property be found there to seize same. leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to  *David R. Homer*  as required by law.

U.S. Judge or Magistrate Judge

*1/21/03 – 1:00 p.m.*  at  ALBANY, NEW YORK

Date and Time Issued  City and State

DAVID R. HOMER
UNITED STATES MAGISTRATE JUDGE

Name and Title of Judicial Officer  Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.