

The following investigation was conducted from February 3, 2003 to February 25, 2003, by Special Agent James J. Murphy, Albany JTTF, at Albany NY:

On 12/27/2002, John Earl Johnson was arrested without incident for violating Section 18, USC, Sections 922(g)(1) and 924(a)(2). On that same day, a search warrant issued in the Northern District of New York by Magistrate Judge David R. Homer was executed on the vehicle registered to John Earl Johnson, a 1989 Ford Econoline Conversion Van, NY registration BMK8298, VIN 1FDEE14HXKHA98791. During the search five 3.5" computer disks were discovered in a cardboard box located in the rear passenger area of the van. Subsequently, a search warrant was issued by the Northern District of New York Magistrate Judge David R. Homer on 01/21/2003 to examine the five disks for computer files and documents containing evidence and instrumentalities of violations of federal criminal law located on those disks.

A review of the computer files and documents located on those disks has revealed that the disks contain numerous files of information concerning explosives, chemicals, and technical guides describing methods to steal and disrupt services. Found on the disks were several versions of "The Terrorist's Handbook" which is a guidebook for explosives, chemicals, weapons, ammunition and their uses. A file titled "The Vulcan Bomb", described in the introduction as the "Ultimate Molotov Cocktail", is intended to be used "in the destruction of the Federal Government of the United States of America". In the conclusion of this document the author states; "This is particularly useful if the FBI pigs are coming in to get you. Just sit tight in the middle of your circle and laugh while the Government Pigs Burn!" The file, "Placement of Charges" discusses determining the weak point of a structure and properly placing explosive charges to successfully demolish that structure. The file, "High Tech Detonator", which provides specific examples of their uses with briefcase and car bombs. The following are examples of some other titles found on the disks:

"How to make a Fertilizer Bomb"
"How to make a Landmine"
"Nail Grenade"
"The Do-It-Yourself Car Bomb Kit"
"Kitchen Improvised Palmitic Explosive I, II, III, IV"
"Home prep of Nitroglycerine"
"Nitric Acid/Nitroethane Explosive"
"How to Make a Working Letter Bomb"
"FEDS: How to Find and Eliminate Them"
"How to Make Cyanide"

--------------------------------------------------------------------------------

"How to Make Chlorine Gas"

"High Tech Revenge: The Beige box"
"The Infamous Blotto Box"
"Low Signature Silencers"

In addition to the above titles the disks contained the "SKS Instruction Manual" which is one of the weapons that was in Johnson's possession at the time of his arrest. Also, a chemical equivalency list which provides the chemical designation for common household items.

As has been demonstrated above the information contained on these disks are of a terrorist nature with the common theme of developing weapons and tools for assaults against the government, its citizens or individuals.