```
N 1557-1557 08/12/05  ROSO# GFBA 27411  RDSO# 02050694  PART 001 OF 002      .
NCJS HIST GFBA
ACK GFBA              FILE 15   DCJS ALBANY NY001015Y   AUG 12,2005 REPLY
TO
MESA 01907    FILED 08-12-05
```

```
DATE   08-12-05                STATE OF NEW YORK          TRAN NO    01907
TIME   1557          DIVISION OF CRIMINAL JUSTICE SERVICES  PAGE       1
FAX NO
       CONFIDENTIAL TO:     FBI ALBANY                   DOB 05-07-68
                           200 MCCARTY AVE ROOM 340      RAC WHITE
                           ALBANY            NY          SEX MALE
                                             12209       HGT 5-09
     [902800N ]                                          SOC 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
                                                         FBI 61523PA6
!INPUT NAME  YAGHI,ALI MOUMMES                 ! !NYSID  7060097N! III NYS ONLY

                        NAMES USED BY SUBJECT              [REMOTE INQUIRY   ]
YAGHI,ALI MOUMMES
```

```
       < < < < < < < CRIMINAL HISTORY > > > > > > >
```

| ARREST INFORMATION | ARREST/ARRAIGNMENT CHARGES | DISPOSITION AND RELATED DATA |
|---|---|---|
| VIOLENT FELONY<br>ARR DT/PL 12-19-91<br>ALBANY<br><br>CRM DATE: 12-19-91<br>CRIME PLACE:<br>ALBANY<br><br>ARR#/AGY  63960<br>ALBANY PD<br><br>CRT CON# 1560774QJ<br><br>FAX NO    AL04941 | - - ARREST - -<br>CRIM POSS WEAP-3RD:LOADED GUN<br>PL   265.02      SUB 04<br>CLASS D FEL       NCIC 5299 | - - DISPOSITION - -<br>06-29-92  CO CRT ALBANY<br>          CASE # 2-3401<br>CONVICTED UPON PLEA OF GUILTY<br><br>THE FOLLOWING CHARGE(S):<br>ATTEMPTED CRIM POS WEAP-3<br>PL   110/265.02    SUB 01<br>CLASS E FEL        NCIC 5212<br>SENT:   1 YEAR<br><br>  .   .   .   .   .   .   .<br><br>12-19-91  CITY CRT ALBANY<br>          CASE # 91-39471<br>INITIAL REPORT OF DOCKET<br>NUMBER<br><br><br><br>  - - PENAL/PAROLE DATA - -<br>ALBANY CO SO        - ADMISSION<br>01-18-94  COMMITTED<br>TERM:   1 YR<br>INMATE ID NO 42502<br>09-09-94  COND RELEASE DATE<br>01-17-95  MAX EXPIRATION DATE |

```
       < < < < < < < OTHER INFORMATION > > > > > > >
```

(CONT. NEXT PAGE)

```
N 1557-1557 08/12/05   ROSQ# GFBA 27411   RDSQ# 00850694   PART 002 OF 002
DATE     08-12-05                                          PAGE     2
NAME     YAGHI,ALI MOUMMES              NYSID  7060097N   TRAN NO  01907
```

LATEST UPDATED PERSONAL DESCRIPTORS:   EYES/BROWN    HAIR/BLACK      WGT 150 LBS

NCIC FINGERPRINT CLASSIFICATION   COCOCOPOPO0305PIPICI

SOCSEC ! 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

DOB INFO! MAY  07,1968

POB INFO! UNKNOWN

```
NAME AND! REPORTED ON  !          INFORMATION
 ADDRESS!----------------------------------------
        !DEC  19,1991! YAGHI,ALI MOUMMES
        !           !54 HACKETT BLV          ALBANY          NEW YORK
        !JAN  18,1994! YAGHI,ALI MOUMMES
        !          !4     SCHYLER    LN  WATERVLIET      NEW YORK
```

WHERE AN INDIVIDUAL IS SENTENCED JUNE 1, 1981, OR LATER, ON MORE THAN ONE
CHARGE WITHIN A DOCKET, THE SENTENCES MAY BE CONSIDERED TO BE CONCURRENT
UNLESS IDENTIFIED AS CONSECUTIVE.

THIS RESPONSE IS BASED ON A NYSID NUMBER SUPPLIED BY YOUR AGENCY.

         ALL ENTRIES ARE AS COMPLETE AS THE DATA FURNISHED TO DCJS.
                  CHAUNCEY G. PARKER, COMMISSIONER

N 1550-1550 06/12/05   RDSQ# GFBA 27404   RDSQ# 00034629   PART 001 OF 001
NCIC PTST SFBA 1550
NYFBIAL00

**DO NOT ALERT THIS INDIVIDUAL TO THIS NOTICE.***

THE PERSON QUERIED THROUGH THIS SEARCH MAY BE AN INDIVIDUAL IDENTIFIED BY
INTELLIGENCE INFORMATION AS HAVING POSSIBLE TIES WITH TERRORISM.
CONTACT THE TERRORIST SCREENING CENTER AT (866) 872-9001 FOR ADDITIONAL
IDENTIFYING INFORMATION AVAILABLE TO ASSIST YOU IN MAKING
THIS DETERMINATION.

DO NOT ARREST THIS INDIVIDUAL UNLESS THERE IS EVIDENCE OF A VIOLATION OF
FEDERAL, STATE OR LOCAL STATUTES.   CONDUCT LOGICAL INVESTIGATION USING
TECHNIQUES AUTHORIZED IN YOUR JURISDICTION AND ASK PROBING QUESTIONS
TO DETERMINE IF THIS INDIVIDUAL IS IDENTICAL TO THE PERSON OF
LAW ENFORCEMENT INTEREST.

WARNING - APPROACH WITH CAUTION.

IF YOU ARE A BORDER PATROL OFFICER IMMEDIATELY CALL THE NTC.

**DO NOT ADVISE THIS INDIVIDUAL THAT THEY ARE ON A TERRORIST WATCHLIST.***
MKE/TERRORIST ORGANIZATION MEMBER - CAUTION
ORI/DCTSC0200 NAM/YAGHI,ALI MUNIS ABD AL FATTAH SEX/M RAC/U DOB/19680507
GNG/INTRNTL XTMST*IFBI SGP/HANDLING CODE 3*IFBI
ECR/H DOP/NONEXP OCA/000000112820
MIS/NONUSPER NC-112820 MNU COUNTRY: JORDAN
DNA/N
ORI IS TERRORIST SCREENING CENTER 866 872-9001
NIC/T750292250 DTE/20050509 1758 EDT



N 1550-1550 08/12/05  RDSQ# GFBA 27405  RDSQ# 00034608  PART 001 OF 001
NCIC HINQ GFBA
ACK GFBA
NYFBIAL00
THIS NCIC INTERSTATE IDENTIFICATION INDEX RESPONSE IS THE RESULT OF YOUR
INQUIRY ON NAM/YAGHI,ALI SEX/M RAC/U DOB/19680507 PUR/C
NAME                           FBI NO.        INQUIRY DATE
YAGHI,ALI M                    61523PA6       2005/08/12

SEX RACE BIRTH DATE  HEIGHT WEIGHT EYES HAIR  BIRTH PLACE         PHOTO
M   W    1968/05/07  510    140    BRO  BLK   UNLISTED CNTRY      N

FINGERPRINT CLASS        PATTERN CLASS
CO CO CO PO PO           WU UC RS WU WU LS LS AU WU LS
03 05 PI PI CI           RS    WU    RS AU    WU    WU
                               WU

ALIAS NAMES
YAGLIN,ALI

SOCIAL SECURITY   MISC NUMBERS
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       AR-28998032

IDENTIFICATION DATA UPDATED 2000/08/09

THE CRIMINAL HISTORY RECORD IS MAINTAINED AND AVAILABLE FROM THE
FOLLOWING:
 NEW YORK       - STATE ID/NY7060097N

THE RECORD(S) CAN BE OBTAINED THROUGH THE INTERSTATE IDENTIFICATION
INDEX BY USING THE APPROPRIATE NCIC TRANSACTION.


END