UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA                 :

              -v-                        :

                                              04-CR-402 (TJM)

YASSIN MUHIDDIN AREF,                    :

          Defendant-Movant.     :

------------------------------------X


<u>MOTION FOR DETENTION OF MATERIAL WITNESS</u>

Now comes Yassin Muhiddin Aref, the movant in this § 2255 proceeding, and further moves this Honorable Court to enter an Order that Shahed Hussain, a/k/a "Malik," the "CW" in the above entitled case, and the government's chief witness at trial, be detained pending an evidentiary hearing in this proceeding.

In support of this request, Mr. Aref states as follows:

1. Mr. Aref is the defendant in the above-entitled case, and has filed a motion under Title 28 U.S.C. § 2255 to set aside or vacate his sentences.

- 1 -

2. Shahed Hussain was the government's "sting" operative, and a key witness at trial. At issue, inter alia, at trial was whether or not Mr. Hussain (a/k/a "Malik") acted corruptly during the "sting" operation (i.e. whether or not he deceived both the government and the defendants by creating a false appearance that Mr. Aref heard, understood, and took seriously the remarks that he (Malik) made that were ultimately relied upon by the government to prove Mr. Aref's guilt).

3. In the time since trial, Mr. Hussain has testified in the unrelated matter of United States v. Cromitie, et al., case no. 09-Cr-0558 (S.D.N.Y. 2009). During his cross-examination in that trial, Mr. Hussain testified, inter alia, that (a) he had been arrested in Pakistan for murder, (b) fled that country in 1994, and (c) told the government of his fugitive status. See Supplemental Affidavit of Yassin Muhiddin Aref at ¶ 2.

4. Mr. Aref has made the claim in his § 2255 motion that the government violated Brady and Giglio by failing to disclose to him before trial that its "sting" operative and key witness (Mr. Hussain) was wanted for murder in Pakistan, and has outlined how this violation prejudiced his defense. See Mr. Aref's Supplement To His § 2255 Motion And His Response To The Government's Opposition, at pages 5-19. Additionally, Mr. Aref has made the claim that the

- 2 -

government's employment of a fugitive as a "sting" operative constitutes outrageous governmental conduct. Id. at 20-28.

5.   Mr. Hussain is necessarily a material witness at an evidentiary hearing on these claims.  Whether or not he informed the government of his fugitive status, whether or not the government concealed this information, and whether or not his status as a fugitive affected his actions on behalf of the government -- as Mr. Aref asserts -- are issues that will require that he testify.

6.   Title 18 U.S.C. § 3144 and other code gives this Court the authority to detain Mr. Hussain as a material witness.  This Court should exercise that authority because (a) Mr. Aref has made a sufficient showing through his motion and two affidavits that an evidentiary hearing should be held on the above-referenced claims, among other things; and (b) Mr. Hussain is a serious flight risk:  He fled his home country in 1994 to avoid prosecution, and has tactfully deceived the government and this Court with respect to, inter alia, his fugitive status.*

7.   Mr. Hussain's arrest and detainment as a material witness is in the interest of justice.

_____

    * At trial, Mr. Hussain responded to a question about his criminal past: "I never violated any crimes ever in the United States before [1994]." Tr. 783

- 3 -

Wherefor, Mr. Aref prays that this Honorable Court will enter the appropriate orders to arrest and detain as a material witness, Shahed Hussain, a/k/a Malik.

Respectfully submitted,

_____
Yassin Muhiddin Aref
Reg. # 12778-052
USP-Marion
P.O. Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he has on this date served a true and complete copy of the foregoing motion on the Office of the United States Attorney for the Northern District of New York via First-Class U.S. mail.

DATE: _10-24-10_

_____
Yassin Muhiddin Aref

- 4 -