# MANDATE

N.D.N.Y.
04-cr-402
12-cv-756
McAvoy, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 16th day of December, two thousand fourteen.

Present:

> Rosemary S. Pooler,
> Gerard E. Lynch,
> Christopher F. Droney,
> *Circuit Judges.*

Mohammed Mosharref Hossain,

> *Petitioner-Appellant,*

v.                                                                            13-2041

United States of America,

> *Respondent-Appellee.*

Appellant, pro se, moves for a certificate of appealability.  Upon due consideration, it is hereby ORDERED that the motion is DENIED and the appeal is DISMISSED because Appellant has not made a "substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c); *see also Miller-El v. Cockrell*, 537 U.S. 322, 327 (2003).

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 02/06/2015